**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

JOSEPH NELSON, et al.,

    Plaintiffs,

v.                                                                          Case No. 12-14849

NEW ENGLAND COMPOUNDING
PHARMACY, INC.,

    Defendant.
_____/

**ORDER IMPOSING STAY AND**
**AND ADMINISTRATIVELY CLOSING CASE**

Pursuant to 11 U.S.C. § 362(a), and in light of the "Suggestion of Bankruptcy" filed by Defendant,

IT IS ORDERED that all proceedings in this matter are STAYED until further order of the court. IT IS FURTHER ORDERED that the clerk of the court is DIRECTED to administratively close this matter for statistical purposes only.

Defendant's counsel is DIRECTED to notify the court within three business days of the conclusion of the bankruptcy matter.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: January 31, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 31, 2013, by electronic and/or ordinary mail.

                                            S/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522